UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
FEB 12 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| V. ) | CAUSE NO. |
| AMANDA PIERSON, ) | |
| Defendant. ) | 1:20-cr-0054 TWP-TAB |

## INDICTMENT

### Count 1

[18 U.S.C. § 1623(a)– False Declarations Before Court]

The Grand Jury charges that:

1. On or about December 19, 2019, in the Southern District of Indiana, AMANDA PIERSON ("PIERSON"), while under oath and testifying as a witness in a case then being litigated before the United States District Court for the said District entitled, United States of America v. Joseph Pierson, No. 1:19-cr-00150-JMS-MJD, knowingly did make a false material declaration, that is to say:

2. At the time and place aforesaid, the Court was engaged in an evidentiary hearing of the aforementioned case wherein Joseph Pierson, the defendant therein, was charged with being a prohibited person in possession of a firearm. It was a matter material to said case to determine whether or not Joseph Pierson possessed firearms.

3. At the time and place aforesaid, PIERSON, which under oath, did knowingly declare before said Court with respect to the aforesaid material matter, as follows:

"Q: Did you know he had a handgun on his person at the time?

A: No, I didn't.

Q: Did you know there was a handgun under the passenger seat?

A: No, I sure didn't."

4.     The aforesaid testimony of PIERSON, as she then and there well knew and believed, was false, in that on or about December 17, 2019, PIERSON stated "So what I'm saying is I'll have to lie about that, no, I didn't know he had a gun."

All in violation of 18 U.S.C. § 1623(a).

JOSH J. MINKLER
United States Attorney

By: _____
Pamela Domash
Assistant United States Attorney